AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

_____ DISTRICT OF Massachusetts _____

UNITED STATES OF AMERICA

V.

Ryan Martin

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 2004-M-0527-RBC

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about _____August 2004_____ in _____Suffolk_____ county, in the _____ District of _____Massachusetts_____ defendant(s) did, (Track Statutory Language of Offense) knowingly and intentionally conspired to possess with intent to distribute oxycodone, a schedule II controlled substance

in violation of Title _____21_____ United States Code, Section(s) _____846 & 841(a)(1)_____ .

I further state that I am a(n) _____Special Agent_____ and that this complaint is based on the following
                                    Official Title
facts:

See Affidavit of Special Agent, attached hereto and incorporated herein by reference.

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

11-09-2004  at 4:44 pm          at          Boston, MA
Date                                        City and State

Hon. Robert B. Collings
United States Magistrate Judge                _____
Name & Title of Judicial Officer              Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.