AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

United States of America

v.

Ryan Martin

**APPEARANCE**

Case Number: 2004M0527-RBC

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Ryan Martin

I certify that I am admitted to practice in this court.

11/16/04
Date

_____
Signature

Jack Diamond    555934
Print Name        Bar Number

15 Foster St
Address

Quincy      MA      02169
City        State    Zip Code

(617) 770-0000 x110   (617) 774-0400
Phone Number                Fax Number

UNITED STATES DISTRICT COURT

11/16/04

Noreen Russo
Deputy Clerk