AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

### DISTRICT OF

UNITED STATES OF AMERICA

v.

Ryan Martin

## WARRANT FOR ARREST

CASE NUMBER: 2004-M-0527-RBC

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   RYAN MARTIN
                                     Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment  [ ] Information  [x] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
knowingly and intentionally conspired to possess with intent to distribute oxycodone, a schedule II controlled substance

in violation of Title  21  United States Code, Section(s)  846 and 841(a)(1)

Hon. Robert B. Collings
Name of Issuing Officer

Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

11-09-2004    Boston, MA
Date and Location

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 6420
Boston, Massachusetts 02210

Bail fixed at $                        by     Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at
WARRANT EXECUTED BY DEA
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 11/10/04

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.


AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME:

ALIAS:

LAST KNOWN RESIDENCE:

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH:

DATE OF BIRTH (4 digit year):

SOCIAL SECURITY NUMBER (last 4 digits only):

HEIGHT:                                      WEIGHT:

SEX:                                         RACE:

HAIR:                                        EYES:

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS: