US District Court
District of Massachusetts

Pg 1

R. COLLINGS
MAGISTRATE JUDGE

DEC 22 2004

UNITED STATES DISTRICT COURT
BOSTON, MASSACHUSETTS

US v. Martin et al

Criminal Action
04CR10370-RGS

# Motion to Unseal

ALLOWED
(2) @ 0LMG
team

DEC 22 2004

On 10/14/04 a complaint was issued charging defendants with drug violations

On 11/9/04 a complaint was filed against Martin Ryan

On 11/23/04 a complaint was filed against Nicholas Ziccaro

On 11/24/04 the Government filed a motion to seal the complaint against Ryan & Ziccaro

The motion was "allowed only to the extent that the affidavits in support of the complaint be sealed — otherwise Denied."

5) One month has passed since sealing of the affidavits.

Wherefore, I, in fortion of the N.E. News Service request that the Court order the unsealing of affidavits in the case.

[signature]
NE News Svc,
68 Alexander Rd,
Newton, MA 02461
Phone: 617/969-4102