AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

### DISTRICT OF

USA

v

Ryan Martin

**APPEARANCE**

Case Number: 04-10370-RGS-01

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    Ryan Martin

limited

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 12-22-04 | Signature |
| Date | |
| | Gregory D. Oberhauser    642264 |
| | Print Name    Bar Number |
| | 10 George St, Suite 200 |
| | Address |
| | Lowell    MA    01852 |
| | City    State    Zip Code |
| | 978 452-1116    978 452-8191 |
| | Phone Number    Fax Number |

12/22/04
Noreen Russo