# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

     v.                             CRIMINAL NO. 2004-10370-RGS-01

RYAN MARTIN,
          Defendant.

## *MEMORANDUM AND ORDER*

COLLINGS, U.S.M.J.

The above-listed defendant was arraigned before me on January 7, 2005. Accordingly, the case shall proceed pursuant to the amendments to the Local Rules which became effective December 1, 1998. Further, unless counsel for the defendant files a Waiver of Request for Disclosure within fourteen (14) days, the twenty-eight (28) day period specified in Local Rule 116.1(C) and (D) (eff. 12/1/98) and the forty-two (42) day period specified in Local Rule 116.3(A) (eff. 12/1/98) shall commence to run on January 7, 2005.

Counsel are ORDERED to appear for an Initial Status Conference on ***WEDNESDAY, FEBRUARY 16, 2005 AT 12:00 NOON*** at Courtroom #14 (5th

floor), John Joseph Moakley United States Courthouse, Boston, Massachusetts

before the undersigned.



/s/ Robert B. Collings

ROBERT B. COLLINGS
United States Magistrate Judge

January 7, 2005.