```
               UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA,       )  CR. No. 04-10370-RGS
                                )
                 Plaintiff      )
                                )
   v.                           )
                                )
                                )
RYAN MARTIN                     )
                                )
                 Defendant.     )
_____)
```

**MOTION FOR AN INTERVIEW WITH PRE-TRIAL SERVICES AND FOR REVOCATION OR AMENDMENT OF DETENTION ORDER**

COMES NOW DEFENDANT RYAN MARTIN by and through his attorney of record and moves this Honorable Court, pursuant to 18 U.S.C. § 3145(b) for an Order revoking or amending the Detention Order issued November 24, 2004. In order to provide all necessary evidence to the Court, Mr. MARTIN respectfully requests this Honorable Court direct Pre-Trial Services to interview him and the U.S. Marshall to transport him as necessary to effectuate such an interview.

This motion is made on the ground that at the time of the detention hearing no evidence was presented to rebut the presumption of detention created by 18 U.S.C. § 3142(e), however, Mr. MARTIN, through his new counsel, respectfully submits that there is abundant evidence, as set forth herein, that there exist conditions or combination of conditions that would reasonably

assure defendant RYAN MARTIN's appearance at trial; that he is not a flight risk and that he is not a danger such that he would continue to engage in criminal activity that would be to the detriment of the community.

## MEMORANDUM OF POINTS AND AUTHORITIES

### Preliminary Statement

RYAN MARTIN stands charged with a conspiracy to distribute and distribution of oxycodone. He has no adult criminal convictions. A review of the indictment herein, and the special allegations filed therewith, evidences that if all charges were proven at trial, and applying the full application of the advisory Guidelines, Mr. MARTIN would face a sentence of only approximately 5 years. (Or less depending on such factors as acceptance of responsibility and safety valve). He is a father of a young daughter and he desires to fulfill his financial obligations to his family pending these proceedings. Attached hereto as Exhibit 1 are numerous letters from his family and the community all attesting to his character.

### Argument

"Each Defendant is unique and each is entitled to have his case decided with a recognition of that." United States v. Patriarca, 776 F. Supp. 593, 597 (D.C.Mass. 1991) remanded 948 F.2d 789 (1st Cir. 1991). "Detention determinations ...must be based on the evidence

which is before the court regarding the particular defendant." United States v. Tortora, 922 F 2d.880, 888 (1st Cir. 1990).

Mr. MARTIN, per the expected the Pre-Trial Services report, and other evidence that may be presented at the hearing on this motion, respectfully submits that there is substantial evidence which demonstrates that, at a minimum, conditions of release can be formulated which would assure his appearance and alleviate any concern for public safety. Mr. MARTIN has submitted evidence that he has strong ties to the Massachusetts and a willingness to submit to various restrictive conditions of release such as electronic monitoring. Such satisfies any burden of production of evidence of reasonable conditions of release, see, e.g., United States v. Jessup, 757 F.2d 378, 384 (1st Cir. 1985). The burden of persuasion remains on the government.. See id.; see also United States v.Perez-Franco, 839 F.2d 867,870(1st Cir. 1988)(per curiam).

## Conclusion

Mr. RYAN MARTIN is a life long resident of Massachusetts with numerous ties to the community. He respectfully requests and submits that there are reasonable conditions of release that this Honorable Court could impose that would assure his appearance at trial and the safety of the community, including but not limited to

3

residing with his mother, Charlene D'Angelo and, if necessary, a curfew or electronic monitoring.

Date: January 24, 2005              Respectfully submitted,

                                    S/ *Michael C. Bourbeau*

                                    MICHAEL C. BOURBEAU, BBO # 545908
                                    77 Central St Street, 2d Floor
                                    Boston, MA 02109
                                    (617) 350-6565

                                    Attorney for Defendant
                                    RYAN MARTIN

**Casandra Funk**
**120 Shrewsbury St**
**Boylson, Ma 01505**

January 11, 2005

To Whom It May Concern:

My name is Casandra Funk and I am a long time friend of Ryan Martin. He has always been a loyal and dedicated friend, father and son.

Ryan has invested himself in web designing and started his own business in addition to setting up web pages for various companies. He spends his weekends being a good role model to his daughter. He is in no way a threat to the well being of society. Please take this into consideration when reviewing Ryan's case.

Thank you for your time in reading this letter. If you have any questions I may be contacted at (774)-242-2957.

Sincerely,

Casandra Funk

*[signature: Casandra Funk]*

My name is Marissa DeFeo. I've known Ryan Martin for about ten years. We've been friends since high school and ended up cousins when our families married into each other. Ryan is a wonderful friend. He's honest and loyal and will always make you laugh. He has a way of completely turning around any bad situation with a couple laughs to save some tears for others. I look up to Ryan in many ways. He's been an inspiration to me and has taught me so much about life over the years. He has such a big heart and will do anything for those close to him in his life. He has always been there for me as a friend when I've needed him the most.

Besides being a remarkable friend, he possesses an amazing role as a father. I've never seen a little girl look up to her daddy as much as his daughter Madison. His gentleness and love has captivated her since the day he first held her in his arms. I can't imagine another day going by without them being together.

Ryan has had his share of mistakes and bad judgment. We've all weaved ourselves in some regretful webs at one time or another. However, I don't feel that he is a threat to society in the least. He's and extraordinary individual and I'm happy to call him my friend!

If there is anything I can do to further assist you, please do not hesitate to call.

Thank you,
Marissa DeFeo

21 Marion Ave
Worcester, MA 01604
702.808.8531

From: Karla Ford Ryan Martin's sister

1-13-05

To whomever it may concern:

Ryan Martin has always been an awesome brother to me. He always looks out for me and makes sure I'm keeping up with things I'm supposed to in my life.

Now pregnant myself, I look up to him greatly as a father. His daughter Madison is growing up to be a beautiful young girl. I look at her and Ryan's kindness and love and intelligence just shines right threw her. You can tell how much she loves and respects him just by looking at her.

Ryan, along with 2 other older brothers of mine have taught me so much about life, and have showed me how to take care of myself and have shaped me in becoming the person I am today. Ryan has showed me its important to put others first and how much family means to him. And that's why he's such a great father. And also why I will always look up to him.

Karla Ford

To Whom It May Concern:

My name is Kivrilyn Boyd, I am writing this letter in support of Ryan Martin. I am a life long Worcester resident, raising a family in Worcester while managing The Flying Rhino Restaurant located at 278 Shrewsbury Street. I have known Ryan and his family for over seven years. During that time I have come to know personally Ryan, his mother and in particular his young daughter Madison. Madison would often play with my three sons John-Matthew and Nicholas. Ryan would accompany his daughter on these play times. My children were enamored with him. Ryan was always patient and kind to my children as well as to his daughter. I would never hesitate to have him near around my children. I have never witnessed any episode of violent or innappropriate behavior and would not ever consider Ryan to be a threat to anyone. On numerous occasions Ryan has supervised my children as well as taken them

on many outings including baseball and football practice and games, Six flags, Spencer country fair and was very considerate and patient.

In closing I hope this letter serves to the court, the kind of upstanding, respectful man and father my family knows him to be. Please contact me @ 508-757-1450 if you have any questions or need any further information.

Sincerely,
Merrilyn Boyd

## Mike Bourbeau

**From:** "LARA LUKOMSKI" <llukomsk@bostopo.hyatt.com>
**To:** <mike@lawgenie.com>
**Sent:** Wednesday, January 12, 2005 4:28 PM
**Subject:** Ryan Martin

To Whom it May Concern,

I am writing this letter on behalf of Ryan Martin.

I am a graduate of Northeastern University currently working in the hospitality industry in Boston. Within the past to years Ryan Martin has come to be one of my closest friends. I have known Ryan as a loyal friend, a loving father, and an overall caring individual. In the years I have known and spent time with Ryan I have never witnessed any violent behavior or actions and strongly believe that if released on bail he would pose no threat to society.

Due to my close relationship with Ryan I am confident of the above statements and would strongly urge that he be considered for bail.

Sincerely,

Lara Lukomski

Mike: If you need to contact me you can do so via email, or on my cell phone at 617-407-6861. Thank you for everything you are doing for Ryan.

1/12/2005

1-10-05

To whom it may concern:

My name is DALE FORD, Ryan Martins father. Ryan is and always has been a very responsible young man. He posseses a strong work ethic as well. When Ryan was 21 yrs. old he worked with me as an underground utility locator. I trained Ryan in this profession to read micro film blue prints of underground gas lines as well as telephone and fibre optic cables. I found Ryan to be one of my best students. His ability to learn and memorize is quite amazing. He's above average intell— has since brought him into the computer field. He has proven himself in this field with a high level of expertise developing and designing websites.

Ryan is also a very loving father of a very special 5 yr-old daughter. There relationship is truly very special. Madison is Ryan's number one priority, and Madison is very proud of her father. Ryan is a good person with a good heart, and is not a threat to society, any one, or anything.

Very Truly Yours,

Dale Ford

508-949-0292 Home
508 949 3558 Fax
508 958 1785 cell                E-mail

To whom it may concern,                    1-7-05

On behalf of Ryan Martin:

I have known Ryan Martin for seven years, and he is the father of my child. Although we are not together as a couple, we have a good relationship which is centered around our daughter, Madison. We have always been able to see clearly enough for the benefit of Madison, to keep matters out of court, and to work together as parents. Madison is five years old, and thinks the world of her daddy. They have a good relationship and share a very strong bond. Madison is obviously much too young to understand anything that is going on, but she is very saddened and confused by the absence of her daddy. This situation has also put an emotional and financial hardship upon myself. I have always been able to depend on Ryan for being there for his daughter, and to help support her.

1/9/2005

To Whom It May Concern
Re: Ryan C. Martin

      Greetings. My name is Joseph W. D'Angelo. I am Ryan Martin's step father.
      I've been a musician and music teacher for most of my life. Presently I'm a consultant to the City of Worcester Public School System, an instructor at The Joy of Music Program and an associate of Clemente Music Studio.
      Ryan's mother and I married nine years ago and ever since Ryan has been in my life and for the most part in my home. The horror stories we sometimes hear about the relationship between step parents and step children, in our case, never materialized. Outside of the occasional "light left on" or "music too loud" we never have any problems. Ryan always treats me with respect and is considerate and helpful around the house.
      In spite of a somewhat inconsistent educational background (frequently moving and changing schools) and some economic difficulty Ryan obtained a computer and proceeded to educate himself in web design and numerous computer languages, none of which I'm capable of describing to you, and became quite proficient. He has held more than a few eyebrow-raising positions. He's extremely intelligent and very capable.
      Ryan has a five year old daughter, Madison, who's the apple of his eye, and frankly the apple of mine as well. They are magnificent together. It's very difficult to see them apart.
      Ryan dislikes confrontation and avoids it like the plague. He wouldn't and couldn't hurt a fly. He's not a threat to anyone, much less to society.
      I'm quite upset and shocked by this situation. It seems totally out of character for Ryan.
      Thanks for your time. If I can be of further assistance please don't hesitate to contact me.

      Sincerely *[signature: Joseph W. D'Angelo]*

Joseph W. D'Angelo
112 Whitmarsh Ave
Worcester MA 01606
508 852 7030
Burncoat Sr. High School  8:00-1:30
    Tuesday thru Friday 508 799 3657
Joy of Music Program       2:30-7:00
    Tuesday thru Friday 508 856 9541
Clemente Music Studio Mon 12:00-5:00
    508 754 7319      Sat 8:00-5:00
joeda@ziplink.net

To whom it may concern

My name is Charlene D'Angelo, Ryan Martin's mother. I have an M.B.A degree and am currently the manager of Bonardi's Formalwear in Auburn MA. Ryan is my only child and we are very close. Ryan is a very social and well-liked young man. He's extremely intelligent. He has moved up quickly in the computer field. Ryan is self-taught and has had some very lucrative jobs.

Ryan has a five year old daughter, Madison, who he very close to. They love each other very much. She hangs all over her daddy and looks at him with a twinkle in her eye. Ryan is very loving and patient with her. She is the world to him.

Ryan has always disliked confrontation. He just wants everyone to be happy and get along. He is not now nor has ever been a threat to anyone. Ryan is not a threat to society.

If I can be of further help lease contact me. Thank you.

Sincerely

C. D'Angelo

Charlene D'Angelo
112 Whitmarsh Ave
Worcester MA 01606
508 852 7030
508 832 7579 work

1/6/05

To Whom it may Concern,

I have known Ryan C. Martin for over 20 years. He and his family have been very close friends of my family and myself. I know him to be a loving father, son and grandson. He thinks the world of his family and friends and his actions show the high regard he holds for them. In all the time I have known Ryan I have never seen him act in a harmful way to another person. He is level headed with an even temperment. He does not anger easily and is always able to control his actions if he does become angry. He is not likely to become involved in a fight of any type. I have seen Ryan walk away from any arguments. He is very non-confrontational. I do not think he would be a threat to anyone if he was released pending trial.

Please feel free to contact me with any questions.

Sincerely,
Gerie Ann Taylor
508 852 4104

January 7, 2005

To whom it may concern:

Having known Ryan Martin for all of his twenty-eight years, and, having been significantly engaged and interactive with him from his infancy to adulthood, it is my belief that due to his deep bonds with family, including his loving commitment to his daughter, Madison, that he presents neither a threat to society, nor a flight risk should he be released.

My personal experience with Ryan has consistently shown me that he meets his own responsibilities, does not treat others variably, develops and maintains strong bonds with family members, is self-taught, disciplined, and creative in the technological arts, and eager to do well in all areas of his life.

I have no reason to even remotely entertain the thought that Ryan Martin should be considered anything other than a good person.

Sincerely,

Laurie Hollios

Phone # 508-831-3625

1-7-05

To whom this may concern,

I am writing this letter in support of Ryan Marty.

I am Ryan's aunt. Ryan and I have been very close all of his life, as a matter of fact, I was the first person he called after his arrest.

It suffices to say I love Ryan very much and feel I know him as well as my own child. Ryan is very close to his family and a very good father to his daughter Madison. He's as good as any mother with his daughter.

Ryan is a good man with a good upbringing and strong morals. I definitely do not see Ryan as a threat to society in any way.

Sincerely,
Diane Brooks

I can be reached @ 508-853-8146

1-10-05

To whom it may concern,

I have known Ryan Martin for 24 yrs. I was accepted into the Martin family as a young girl. I know Ryan as a cousin. I have a pool and quite a few family gatherings which Ryan attends with his daughter Madison. Sometimes he may just stop by to visit with Madison + play with our puppy toolsee. And my daughter Allison because she is close in age to Madison. I feel I know Ryan very well. I personally know Ryan as a kind and loving person ready to help anyone at any time. I do not feel that Ryan is a threat to anyone.

Sincerely,
Kathy O'Connor

any questions I can be reached at 508-595-0555 or 253-8150

1-13-05

To whom it may concern,

I am writing this letter for my cousin Ryan Martin. Ryan and I are very close in age and spent many years hanging out together playing in our grandparents large house and going everywhere with our grandfather. We remain close as adults. Two years ago Ryan got a puppy, he felt that he couldn't take care of the dog properly so he gave him to me. Ryan stops by periodically to see the dog. I know Ryan to be a very good person, and not a threat to anyone. If I can be of any further help please feel free to contact me at 1-774-242-1688.

*Anne Brooks*

---

1-12-05

To whom it may concern,

I have known Ryan Martin my entire life. I am Ryan's 22 year old cousin Jonathan Brooks. I live about 2 miles

from Ryan. There also He stops by to say hi and visit with my brother shane downstairs.

I know Ryan to be a very strong well adjusted person, as well as a loving father. I do not see him as a threat to society in any way.

If I can be of any further help please feel free to call me. (508) 853-8117

Jonathan Bro