UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                                                    CRIMINAL NO. 04-10370-RGS

RYAN MARTIN

# ORDER

STEARNS, DJ.                                          FEBRUARY 23, 2005

THIS MATTER CAME BEFORE THIS COURT TODAY FOR A HEARING ON DEFENDANT'S MOTION FOR A PRE-TRIAL INTERVIEW, AND REVIEW OF THE DETENTION ORDER ISSUED BY THE MAGISTRATE JUDGE.

AFTER HEARING, THIS COURT ORDERS THE PREPARATION OF A PRE-TRIAL SERVICES REPORT TO BE COMPLETED ON BEHALF OF THE DEFENDANT, RYAN MARTIN. THE MATTER WILL THEN BE RE-CONVENED BEFORE THIS COURT FOR A REVIEW OF THE DETENTION ORDER ONCE THE PRE-TRIAL SERVICES REPORT HAS BEEN FURNISHED TO THE DEFENDANT AND THIS COURT.

SO ORDERED.

/s/ Richard G. Stearns
RICHARD G. STEARNS
UNITED STATES DISTRICT JUDGE