# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA


v.                                    CRIMINAL NO. 2004-10370-RGS-01
                                                                   -02

RYAN MARTIN,
NICHOLAS ZACCARO,
          Defendants.


# *FURTHER ORDER OF EXCLUDABLE DELAY*


COLLINGS, U.S.M.J.

The Court orders the following period of time excludable from the time

period within which trial must commence:

4/6/2005 - Conference held.

4/7 - 20/2005 -   Continuance granted so that the defendants' counsel
                  can complete a review of the Government's tapes.  I
                  find that the ends of justice served by granting the
                  continuance outweigh the interest of the public and the
                  defendants in a speedy trial.

Thus, as of April 20, 2005, SEVENTEEN (17) non-excludable days have

occurred leaving FIFTY-THREE (53) days left to commence trial so as to be

within the seventy-day period for trial set by statute.


/s/ Robert B. Collings
ROBERT B. COLLINGS
April 6, 2005.                    United States Magistrate Judge