UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

       V.                      CRIMINAL NO. 04-10370-RGS

RYAN MARTIN and
NICHOLAS ZACCARO

# NOTICE OF TRIAL ASSIGNMENT CONFERENCE

**STEARNS, DJ.**                                              **MAY 3, 2005**

COUNSEL FOR THE ABOVE-NAMED DEFENDANTS SHALL APPEAR FOR AN "INITIAL TRIAL ASSIGNMENT CONFERENCE" BEFORE THE HONORABLE RICHARD G. STEARNS, UNITED STATES DISTRICT JUDGE, ON:

**THURSDAY, MAY 12, 2005 AT 4:15 P.M.**

IN COURTROOM #21, 7TH FLOOR, JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE, BOSTON, MA.

SO ORDERED.

                                                            RICHARD G. STEARNS
                                                            UNITED STATES DISTRICT JUDGE

           BY:

                                                   /s/ Mary H. Johnson
                                                    Deputy Clerk