UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. 04-10370-RGS |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| ) | |
| RYAN MARTIN ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**ASSENTED TO MOTION FOR PRE-TRIAL RELEASE WITH CONDITIONS**

COMES NOW DEFENDANT RYAN MARTIN by and through his attorney of record and moves this Honorable Court for an Order, which the Government assents to, directing that he be released from pre-trial detention on the following conditions:

1. That he reside at 112 Whitmarsh Ave., Worcester, MA 01606 (508) 852 7030 with his mother Charlene D'Angelo and step-father Joseph D'Angelo;

2. That his mother, Charlene D'Angelo and he execute a $25,000.00 unsecured bond securing both his appearance and the conditions of release;

3. That he shall be subject to a Pre-Trial Services monitored curfew at said residence from 8:00 PM to 6:00 AM;

    4.  That he cooperate with Pre-trial Services in their program of regularly monitored drug testing;

    5.  That he meet with Pre-trial at least once per week;

    6.  That he not contact any of his co-defendants or witnesses in the current case;

    7.  That he not discuss the within case, or the individuals involved, with anyone other than his attorney and any individual working in conjunction with his attorney on his defense.

Date: May 19, 2005      Respectfully submitted,

                S/ *Michael C. Bourbeau*

                MICHAEL C. BOURBEAU, BBO # 545908
                77 Central St Street, 2d Floor
                Boston, MA 02109
                (617) 350-6565

                Attorney for Defendant
                RYAN MARTIN