UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,   )  | CR. No. 04-10370-RGS |
| Plaintiff   ) | |
| v.   ) | |
| RYAN MARTIN   ) | |
| Defendant.   ) | |

**ASSENTED TO MOTION TO MODIFY CONDITIONS OF RELEASE**

Defendant RYAN MARTIN, by and through his attorney of record, respectfully moves this Honorable Court to modify his conditions of release to remove the condition requiring that he is to abide by a "curfew." Mr. MARTIN would continue with all other conditions of release as directed by Pre-trial Services. This motion is assented to by both the Government and Pre-trial Services.

Date: January 6, 2006          Respectfully submitted,

/S/ *Michael C. Bourbeau*

MICHAEL C. BOURBEAU BBO #545908
Attorney for Defendant
RYAN MARTIN

77 Central Street, 2d Floor
Boston, MA 02109
(617) 350-6565