AO 442 (Rev. 10/03) Warrant for Arrest

957386

# UNITED STATES DISTRICT COURT

FOR THE _____ District of _____ MASSACHUSETTS

FILED
CLERKS OFFICE

2006 MAR 29 A 11: 45

U.S. DISTRICT COURT
DISTRICT OF MASS

UNITED STATES OF AMERICA

V.

RYAN MARTIN

**WARRANT FOR ARREST**

Case Number: 2004-CR-10370-1-RGS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   RYAN MARTIN
                                     _____
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   X Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)

VIOLATION(s) OF CONDITIONS OF RELEASE

in violation of Title _____ United States Code, Section(s) _____

ROBERT B. COLLINGS
Name of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

_/s/ signature_
Signature of Issuing Officer

3/16/2006   U.S.D.C. BOSTON, MA
Date and Location

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 7420
Boston, Massachusetts 02210

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at USMS D/MA BOSTON

ARREST/ARRAIGNMENT OF THE DEFENDANT ON

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |