UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

United States of America        )
                                )        CR 04-10370-RGS
        v.                      )
                                )
Ryan Martin                     )

GOVERNMENT'S RESPONSE TO SUPPLEMENTAL SENTENCING MEMORANDUM

In page two of the Defendant's supplemental memorandum, the defendant notes Probation's "inexplicable July 18, 2006 revision eliminating the previous finding that Mr. Martin had qualified for the safety valve."

The government notes that the undersigned contacted Probation on July 18, 2006 to inquire whether Probation had factored in the threats in its consideration of the safety valve, or whether it had simply slipped through.

The undersigned does not believe that this was a violation of the government's obligations under the plea agreement. However, the undersigned supplies this information for the Court's consideration in the event that the Court concludes that the government had an obligation to remain silent once Probation had made an initial finding.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  /s/ Nancy Rue
     NANCY RUE
     Assistant U.S. Attorney
July 26, 2006     (617) 748-3260

CERTIFICATE OF SERVICE

I hereby certify that this documents filed through the ECF system will be sent electronically to

the registered participants as identified on the Notice of Electronic Filing (NEF).

<div style="margin-left:40%">

 /s/ Nancy Rue

Nancy Rue
Assistant United States Attorney

</div>

Date: July 26, 2006